*In re* ÁNGEL L. MARRERO FIGARELLA.

*Número:* TS-5399          *Resuelto:* 12 de noviembre de 1999

*Reina Vázquez Vélez*, abogada del querellado.

## RESOLUCIÓN

Vista la petición de reinstalación presentada por el querellado Ángel L. Marrero Figarella el 5 de octubre de 1999 a la luz de nuestra opinión *per curiam* de 13 de julio de 1998 (*In re Marrero Figarella*, 146 D.P.R. 541 (1998)) y del informe de la Oficina del Inspector de Notarías presentado el 21 de junio de 1999, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

*Notifíquese por escrito y por vía telefónica, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*